No. 04–10633. HOWARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10634. LOVE v. EARLY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10635. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10636. KOSOVAN v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–10637. MORRISON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–10638. OLSEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10641. CRAWLEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–10642. RODRIGUEZ WHITEHEAD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10644. ROHDE v. CITY OF AUSTIN, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 04–10645. DULANEY v. CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10646. COLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–10647. CAMPBELL v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 04–10650. WARHURST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10651. MIDDLETON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10652. MEANS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10654. ROGERS v. RUSHTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.